**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-6672**

_____


In Re:  OSCAR LEE SYKES,


                                                 Petitioner.


_____

On Petition for a Writ of Mandamus
(4:04-cv-2329-RBH)

_____

Submitted: May 16, 2006              Decided: May 24, 2006

_____

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Oscar Lee Sykes, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Oscar Lee Sykes petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion for a temporary restraining order and cross-motion for summary judgment. He seeks an order from this court directing the district court to act. We find there has been no undue delay in the district court. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED